HAZAK, INC., Respondent, v. ROBERTSON GOETZ BUILDING Co., INC., and Others, Appellants, and Others, Defendants.— Action to recover treble damages for willful trespass by the appellants upon the real property of the plaintiff. Judg-

ment for the plaintiff, and order denying appellants' motion to set aside the verdict and for a new trial, and granting other relief to plaintiff, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.